No. 239. THE PACIFIC EXPRESS COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* M. W. NEEDHAM. In error to the Court of Civil Appeals of the Third Supreme Judicial District of the State of Texas. April 15, 1908. Dismissed with costs on motion of counsel for the plaintiffs in error. *Mr. J. M. McCormick* for plaintiffs in error. No appearance for defendant in error.

---

No. 291. GEORGE H. PENROSE, APPELLANT, *v.* THE UNITED STATES. Appeal from the Court of Claims. April 20, 1908. Dismissed on motion of Mr. Frederic D. McKenney for appellant. *Mr. Frederic D. McKenney* and *Mr. Henry C. Willcox* for appellant. *The Attorney General* for appellee.

---

No. 226. J. N. SEALE, PLAINTIFF IN ERROR, *v.* THE STATE OF GEORGIA. In error to the Supreme Court of the State of Georgia. April 24, 1908. Upon suggestion of death of plaintiff in error by Mr. W. A. Henderson of counsel for plaintiff in error, case abated and writ of error dismissed. *Mr. William A. Henderson* and *Mr. John J. Strickland* for plaintiff in error. *Mr. John C. Hart* for defendant in error.

---

No. 287. MORRIS ROSENFIELD ET AL., PLAINTIFFS IN ERROR, *v.* THE COMMONWEALTH OF KENTUCKY, by T. C. Albritton, revenue agent. In error to the Court of Appeals of the State of Kentucky. April 27, 1908. Dismissed with costs per stipulation. *Mr. John Marshall* for plaintiffs in error. *Mr. Jno. W. Ray* and *Mr. James Breathitt* for defendant in error.